IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:13-cr-51 (WLS) |
| | : | |
| ERIC WILLINGHAM, | : | |
| | : | |
| Defendant. | : | |

## AMENDED ORDER

On February 11, 2014 the Court ordered a mental health evaluation of Defendant Willingham. On June 24, 2014 the Court received a report from the mental health evaluator stating that Willingham suffers from a mental disease or defect and as a result is incompetent to stand trial. (Doc. 152 at 1.) The evaluator determined that Willingham's prognosis is fair and that further treatment could eliminate, or at least attenuate, the symptoms of his illness. (*Id.* at 10.) The evaluator recommends that Willingham be committed for a period of mental health treatment pursuant to 18 U.S.C. Section 4241(d). (*Id.*) The evaluator requested that the question of criminal responsibility be deferred until Willingham's competency is restored. (*Id.*) On September 4, 2014 the Court held a hearing on Defendant Willingham's competency. The Defendant presented no evidence but did make statements to the Court.

18 U.S.C. Section 4241(d) provides that if, after a hearing on competency, the court finds by a preponderance of the evidence that the defendant is incompetent to stand trial, the court shall commit the defendant to the custody of the Attorney General. The statute requires the Attorney General to hospitalize the defendant for treatment in a suitable facility for a period of time, not to exceed four (4) months from the date the defendant arrives at the facility, until he is restored to competency or the charges against him are disposed of. *Id.*

The Court finds by a preponderance of the evidence that Defendant Willingham is not competent to stand trial. The Court **ORDERS**, pursuant to 18 U.S.C. Section 4241(d),

1

2

the commitment of Defendant Willingham to the custody of the Attorney General for treatment, which will include the administration of antipsychotic medications, in a suitable facility not to exceed four (4) months from the date the defendant arrives at the facility, until he is restored to competency or the charges against him are disposed of. The appropriate person at said facility shall report to the Court the condition of the Defendant at the conclusion of this commitment. The United States Marshals Service is hereby **DIRECTED** to transport Defendant Willingham to the facility so designated by the United States Bureau of Prisons.

**SO ORDERED**, this   8th   day of September, 2014.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, JUDGE**
                                      **UNITED STATES DISTRICT COURT**